```
BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00214-LJO |
| Plaintiff, | *AMENDED* PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DANA LANTHIER, | |
| Defendant. | |

Based upon the entry of plea and stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Dana Lanthier it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b)[1], defendant Dana Lanthier's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a) Approximately 42 Burberry Emblems,
        b) Approximately 1 Burberry Handbag,
        c) Approximately 4 Burberry Scarves,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008. The Indictment references forfeiture pursuant to 18 U.S.C. § 2320(b), which has been amended.

      d)   Approximately 16 Chanel Sunglasses,
      e)   Approximately 2 Coach Coin Purses,
      f)   Approximately 4 Coach Emblems,
      g)   Approximately 3 Coach Handbags,
      h)   Approximately 1 Coach Sunglasses,
      i)   Approximately 2 Dior Sunglasses,
      j)   Approximately 179 Dolce & Gabbana Emblems,
      k)   Approximately 14 Dolce & Gabbana Handbags,
      l)   Approximately 7 Dolce & Gabbana Sunglasses,
      m)   Approximately 10 Dolce & Gabbana Wallets,
      n)   Approximately 2 Ed Hardy Sunglasses,
      o)   Approximately 6 Gucci Sunglasses,
      p)   Approximately 4 Jimmy Choo Emblems,
      q)   Approximately 3 Jimmy Choo Handbags,
      r)   Approximately 6 Louis Vuitton Cell Phone Covers,
      s)   Approximately 5 Louis Vuitton Handbags,
      t)   Approximately 1 Louis Vuitton Jacket,
      u)   Approximately 1 Louis Vuitton Umbrella,
      v)   Approximately 12 Louis Vuitton Wallets,
      w)   Approximately 2 Prada Coin Purses,
      x)   Approximately 43 Prada Emblems,
      y)   Approximately 5 Prada Handbags,
      z)   Approximately 3 Prada Sunglasses,
      aa)   Approximately 3 Versace Emblems,
      bb)   Approximately 1 Versace Wallet,
      cc)   Approximately 99 Kate Spade Metal Tags,
      dd)   Approximately 60 Coach Leather Tags,
      ee)   Approximately 34 Coach Metal Tags,
      ff)   Approximately 1 Prada Sunglass Pouch,
      gg)   Approximately 1 Versace Sunglass Pouch,
      hh)   Approximately 3 Gucci Sunglass Pouches,
      ii)   Approximately 1 Dior Sunglass Pouch,
      jj)   Approximately 4 Coach Sunglass Pouches,
      kk)   Approximately 1 Chanel Sunglass Pouch,
      ll)   Approximately $12,500.00 of the $19,442.46 in U.S. Currency seized from El Dorado Savings Bank account number 383009123, held in the names of Dana M. Lanthier and Sac A Main.

    2.   Upon entry of a Final Order of Forfeiture, the following shall be returned to Dana Lanthier, through her attorney Robert E. Carey, Jr., P.O. Box 1040, Palo Alto, CA 94302-1040:

      mm)   Approximately $6,942.46 of the $19,442.46 in U.S. Currency seized from El Dorado Savings Bank account number 383009123, held in the names of Dana M. Lanthier and Sac A Main,
      nn)   Approximately $2,051.49 in U.S. Currency seized from El Dorado Savings Bank account number 383009131, held in the name of Dana M. Lanthier,
      oo)   One Seagate Hard Drive, Serial Number 2GE2RAL9,

     pp) One Hewlett Packard laptop computer, Serial Number CNF5461D03, with power source, and
     qq) One Black Motorola Cell Phone with power source.

  3. The above-listed property constitutes property bearing or consisting of a counterfeit mark, as well as any property used, or intended to be used, in any manner or part, to commit or facilitate the commission of, and property which constitutes or was derived from any proceeds obtained directly or indirectly as a result of the commission of a violation of 18 U.S.C. § 2320(a). Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

  4. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

  5. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

Preliminary Order of Forfeiture

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated: March 29, 2011**      /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE