BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CR-00214-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DANA LANTHIER, | |
| Defendant. | |

WHEREAS, on March 25, 2011, the Court entered a Preliminary Order of Forfeiture, and an Amended Preliminary Order of Forfeiture on March 29, 2011, pursuant to the provisions of 18 U.S.C. § 2323(b), based upon the plea agreement entered into between plaintiff and defendant Dana Lanthier forfeiting to the United States the following property:

    a)    Approximately 42 Burberry Emblems,
    b)    Approximately 1 Burberry Handbag,
    c)    Approximately 4 Burberry Scarves,
    d)    Approximately 16 Chanel Sunglasses,
    e)    Approximately 2 Coach Coin Purses,
    f)    Approximately 4 Coach Emblems,
    g)    Approximately 3 Coach Handbags,
    h)    Approximately 1 Coach Sunglasses,
    i)    Approximately 2 Dior Sunglasses,
    j)    Approximately 179 Dolce & Gabbana Emblems,
    k)    Approximately 14 Dolce & Gabbana Handbags,

...

l)  Approximately 7 Dolce & Gabbana Sunglasses,
m)  Approximately 10 Dolce & Gabbana Wallets,
n)  Approximately 2 Ed Hardy Sunglasses,
o)  Approximately 6 Gucci Sunglasses,
p)  Approximately 4 Jimmy Choo Emblems,
q)  Approximately 3 Jimmy Choo Handbags,
r)  Approximately 6 Louis Vuitton Cell Phone Covers,
s)  Approximately 5 Louis Vuitton Handbags,
t)  Approximately 1 Louis Vuitton Jacket,
u)  Approximately 1 Louis Vuitton Umbrella,
v)  Approximately 12 Louis Vuitton Wallets,
w)  Approximately 2 Prada Coin Purses,
x)  Approximately 43 Prada Emblems,
y)  Approximately 5 Prada Handbags,
z)  Approximately 3 Prada Sunglasses,
aa) Approximately 3 Versace Emblems,
bb) Approximately 1 Versace Wallet,
cc) Approximately 99 Kate Spade Metal Tags,
dd) Approximately 60 Coach Leather Tags,
ee) Approximately 34 Coach Metal Tags,
ff) Approximately 1 Prada Sunglass Pouch,
gg) Approximately 1 Versace Sunglass Pouch,
hh) Approximately 3 Gucci Sunglass Pouches,
ii) Approximately 1 Dior Sunglass Pouch,
jj) Approximately 4 Coach Sunglass Pouches,
kk) Approximately 1 Chanel Sunglass Pouch,
ll) Approximately $12,500.00 of the $19,442.46 in U.S. Currency seized from El Dorado Savings Bank account number 383009123, held in the names of Dana M. Lanthier and Sac A Main.

AND WHEREAS, beginning on April 2, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Dana Lanthier:

- a) Approximately 42 Burberry Emblems,
- b) Approximately 1 Burberry Handbag,
- c) Approximately 4 Burberry Scarves,
- d) Approximately 16 Chanel Sunglasses,
- e) Approximately 2 Coach Coin Purses,
- f) Approximately 4 Coach Emblems,
- g) Approximately 3 Coach Handbags,
- h) Approximately 1 Coach Sunglasses,
- i) Approximately 2 Dior Sunglasses,
- j) Approximately 179 Dolce & Gabbana Emblems,
- k) Approximately 14 Dolce & Gabbana Handbags,
- l) Approximately 7 Dolce & Gabbana Sunglasses,
- m) Approximately 10 Dolce & Gabbana Wallets,
- n) Approximately 2 Ed Hardy Sunglasses,
- o) Approximately 6 Gucci Sunglasses,
- p) Approximately 4 Jimmy Choo Emblems,
- q) Approximately 3 Jimmy Choo Handbags,
- r) Approximately 6 Louis Vuitton Cell Phone Covers,
- s) Approximately 5 Louis Vuitton Handbags,
- t) Approximately 1 Louis Vuitton Jacket,
- u) Approximately 1 Louis Vuitton Umbrella,
- v) Approximately 12 Louis Vuitton Wallets,
- w) Approximately 2 Prada Coin Purses,
- x) Approximately 43 Prada Emblems,
- y) Approximately 5 Prada Handbags,
- z) Approximately 3 Prada Sunglasses,
- aa) Approximately 3 Versace Emblems,
- bb) Approximately 1 Versace Wallet,
- cc) Approximately 99 Kate Spade Metal Tags,
- dd) Approximately 60 Coach Leather Tags,
- ee) Approximately 34 Coach Metal Tags,
- ff) Approximately 1 Prada Sunglass Pouch,
- gg) Approximately 1 Versace Sunglass Pouch,
- hh) Approximately 3 Gucci Sunglass Pouches,
- ii) Approximately 1 Dior Sunglass Pouch,
- jj) Approximately 4 Coach Sunglass Pouches,
- kk) Approximately 1 Chanel Sunglass Pouch,
- ll) Approximately $12,500.00 of the $19,442.46 in U.S. Currency seized from El Dorado Savings Bank account number 383009123, held in the names of Dana M. Lanthier and Sac A Main.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of

1  America.

2     3.   Upon entry of a Final Order of Forfeiture, the
3  following shall be returned to Dana Lanthier, through her
4  attorney Robert E. Carey, Jr., P.O. Box 1040, Palo Alto, CA
5  94302-1040:

      mm) Approximately $6,942.46 of the $19,442.46 in U.S. Currency seized from El Dorado Savings Bank account number 383009123, held in the names of Dana M. Lanthier and Sac A Main,
      nn) Approximately $2,051.49 in U.S. Currency seized from El Dorado Savings Bank account number 383009131, held in the name of Dana M. Lanthier,
      oo) One Seagate Hard Drive, Serial Number 2GE2RAL9,
      pp) One Hewlett Packard laptop computer, Serial Number CNF5461D03, with power source, and
      qq) One Black Motorola Cell Phone with power source.

12    4.   The U.S. Marshals Service shall maintain custody of and
13 control over the subject property until it is disposed of
14 according to law.

IT IS SO ORDERED.

**Dated:   June 20, 2011**         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE